IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| JAMES C. WINTER,<br><br>    Plaintiff,<br><br>vs.<br><br>CHAD SMITH, in his individual capacity;<br><br>    Defendant. | **8:18CV350**<br><br>**PROGRESSION ORDER (AMENDED)** |

IT IS ORDERED that the parties' Joint Motion to Extend Progression Deadlines (Filing No. 28) is granted.

The final progression order (Filing No. 23) is amended as follows:

1) The deadline for moving to amend pleadings or add parties is now May 28, 2019.

2) The deadline for completing written discovery under Rules 33, 34, and 36 of the Federal Rules of Civil Procedure is now May 15, 2019. Motions to compel discovery under Rules 33, 34, and 36 must be filed by May 30, 2019.
**Note:** A motion to compel, to quash, or for a disputed protective order shall not be filed without first contacting the chambers of the undersigned magistrate judge to set a conference for discussing the parties' dispute.

3) The deposition deadline is now June 14, 2019.

4) All remaining deadlines are unchanged.

Dated this 1st day of April, 2019.

                BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge