IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

JAMES C. WINTER,

                    Plaintiff,

          vs.

CHAD SMITH, in his individual
capacity;

                    Defendant.

8:18CV350


**ORDER**


IT IS ORDERED that the motion to withdraw filed by Jay D. Koehn, Mark F. Enenbach and the law firm of McGrath North Mullin & Kratz, PC LLO as counsel on behalf of Interested Parties Chief of Fremont Police Department and City of Fremont, Nebraska, (Filing No. 37), is granted.

Dated this 28th day of May, 2019.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge